JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Alexander Gutierrez | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:21-cv-07589-SB-ADSx |
| v. | |
| Ford Motor Company, et al | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on  January 12, 2022 as docket number 19_____ (the "Offer of Judgment"), judgment is hereby entered for

Alexander Gutierrez, Plaintiff
_____

and against

Ford Motor Company, Defendant
_____

according to the terms set forth in the Offer of Judgment.

Date:  January 14, 2022          By:  s/ Jennifer Graciano

                                      Deputy Clerk